# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE MARIE HERCZKU, | No. 4:19-CV-00613 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, AND SONNY PERDUE, | |
| Defendants. | |

## ORDER

**APRIL 17, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for judgment on the pleadings (Doc. 16) is **GRANTED**;

2. Herczku's complaint (Doc. 1) is **DISMISSED** with prejudice; and

3. The Clerk of Court is directed to enter judgment in favor of Defendants and **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge